UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CMG Mortgage, Inc. d/b/a CM,

Plaintiff(s),

v.

Jenny Kim, Amit Kaim,

Defendant(s).

Case No. 4:23-cv-01101-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Samantha Kunin, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: CMG Mortgage, Inc. in the above-entitled action. My local co-counsel in this case is Jack Praetzellis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 267765.

777 S Flagler Drive, Suite 1700, West Palm Beach, FL 33401
MY ADDRESS OF RECORD

561-804-4498
MY TELEPHONE # OF RECORD

skunin@foxrothschild.com
MY EMAIL ADDRESS OF RECORD

345 California Street, Suite 2200, San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-651-1424
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jpraetzellis@foxrothschild.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1039990.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21 2023                                                Samantha Kunin
                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Samantha Kunin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/21/2023

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )          In Re:  1039990
                             Samantha Marie Kunin
                             Ms. Samantha Marie Kunin
                             777 S Flagler Dr Ste 1700
                             West Palm Beach, FL 33401-6159

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 12, 2022**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **March**, 2023.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-221062