JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436

W MASON (admitted *pro hac vice*)
wmason@foxrothschild.com
**FOX ROTHSCHILD LLP**
777 S. Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Telephone:     (561) 804-4432
Facsimile:     (561) 835-9602

Attorneys for Plaintiff CMG Mortgage, Inc.
d/b/a CMG Financial, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMG MORTGAGE, INC. d/b/a CMG FINANCIAL, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMIT KAIM and JENNY KIM, individuals, <br><br> Defendants. | CASE No. 4:23-cv-01101-HSG <br><br> **ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS  (as modified)** |

144446244.1

1    Upon consideration of Plaintiff's Agreed Motion for Extension of Time, and the Court

2  having found that the interests of judicial economy and fundamental fairness support granting the

3  request relief, Plaintiff's motion is hereby GRANTED and Plaintiff shall have until April 13,

4  2023 to respond to the Motion to Dismiss should the case not result in a settlement.   Defendants

5  shall have until April 20, 2023 to reply to Plaintiff's response to the Motion to Dismiss should

6  the case not result in a settlement.

7    IT IS SO ORDERED.

8    Dated:  4/7/2023

9

10    The Honorable Haywood S. Gilham, Jr.
    United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

144446244.1